# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-279-RJC-DCK

| | |
|---|---|
| LEONARA STIVALA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CITY OF MT. HOLLY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Compel Discovery Responses And Initial Disclosures From Plaintiff" (Document No. 13) filed May 11, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will <u>grant</u> the motion.

By the pending motion, Defendant seeks "an Order compelling Plaintiff to fully and completely respond to Defendant's First Set of Interrogatories and Request for Production of Documents and requiring Plaintiff to serve Rule 26 Disclosures." (Document No. 13, p.1). "Plaintiff's Response to Defendant's Motion to Compel Discovery Responses" (Document No. 14) was filed on May 25, 2017. "Plaintiff's Response…" indicates that she consents to the relief requested in the pending motion to compel, but needs additional time to provide full discovery responses. (Document No. 14).

The undersigned will grant Defendant's motion and allow Plaintiff additional time. However, further extensions of time for Plaintiff to complete her responses will not be allowed.

Plaintiff is respectfully advised that incomplete responses and/or other action (or inaction) which causes further delay in this case will likely lead to sanctions.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Compel Discovery Responses And Initial Disclosures From Plaintiff" (Document No. 13) is **GRANTED**. Plaintiff shall fully and completely respond to Defendant's First Set of Interrogatories and Request for Production of Documents and serve Rule 26 Disclosures on or before **June 23, 2017**.

**IT IS FURTHER ORDERED** that for the purpose of completing any necessary depositions, the **discovery deadline** is extended to **July 14, 2017**, and the deadline to file a **mediation report** is extended to **July 21, 2017**. The parties should promptly schedule their depositions and mediation, if they have not already done so.

**SO ORDERED**.

Signed: May 26, 2017

David C. Keesler
United States Magistrate Judge